## William S. Barbee v. Henry Eschmeyer. .

Appeal from the Superior Court of Cook County.

A question of fact was held to be properly decided by the jury, and the judgment therefore affirmed.

Opinion filed March 16, 1899.

MITCHELL & ADDINGTON, attorneys for appellant.

W. B. MOAK, attorney for appellee.

## John Knorst, Jr., v. Jennie Helen Knorst.

Error to the Superior Court of Cook County.

The decree of the chancellor was held not to be sustained by the evidence in the record, and is reversed with directions to dismiss the bill for want of equity.

Opinion filed March 16, 1899.

D. M. KIRTON and CLAUDIUS PETERS, attorneys for plaintiff in error.

M. J. RIESE and E. U. FLIEHMAN, attorneys for appellee.

## Marcus Clark v. Emilie Hoffman.

Appeal from the Superior Court of Cook County.

Questions of fact only were involved in this cause. The decree is affirmed.

Opinion filed March 16, 1899.

BLUM & BLUM, attorneys for appellant.

B. M. SHAFFNER, attorney for appellee.